UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE CAPITAL LLC, | Case No. 1:22-cv-01960 |
| Plaintiff, | |
| -against- | |
| PAYMATE INDIA PVT LTD., | |
| Defendant. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Monroe Capital LLC ("Plaintiff") hereby certifies that Plaintiff does not have a parent corporation and no publicly held corporation owns 10% or more of Monroe Capital LLC.

Dated: New York, New York
March 9, 2022

**WALFISH & FISSELL PLLC**

By:   */s/* Rachel Penski Fissell
Rachel Penski Fissell
Daniel R. Walfish
405 Lexington Avenue, 8th Floor
New York, New York 10174
(212) 672-0523
rfissell@walfishfissell.com

*Attorneys for Plaintiff Monroe Capital LLC*